HON. BENJAMIN S. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF BRADY,<br><br>Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; TRUEBLUE, INC. PLAN; and TRUE BLUE, INC.,<br><br>Defendants. | No. 3:18-cv-5077-BHS<br><br>STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

Plaintiff Jeff Brady and Defendants Liberty Life Assurance Company of Boston; Trueblue, Inc. Plan; and True Blue, Inc., through their respective counsel hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice and without an award of fees or costs to any party.

It is so stipulated this 18th day of June 2018.

LAW OFFICE OF MEL CRAWFORD


By *s/Mel Crawford*
   Mel Crawford, WSBA No. 22930
Attorney for Plaintiff

STIPULATION OF DISMISSAL PURSUANT
TO FED.R.CIV.PRO. 41(a)(1)(A)(ii) - Page 1

No. 3:18-cv-5077-BHS

LAW OFFICE OF MEL CRAWFORD
9425 35th Ave NE, Suite C
Seattle, Washington 98115
Tel 206.694-1614  Fax 206.905-2342

ROPERS, MAJESKI, KOHN & BENTLEY


By *s/Stacy Monahan Tucker*
    Stacy Monahan Tucker, WSBA No. 43449
    Stacy.tucker@rmkb.com
Attorneys for Defendant Liberty Life Assurance Company of Boston


MILLER NASH GRAHAM AND DUNN


By *s/Nancy W. Anderson*
    Nancy W. Anderson, WSBA No. 23031
    nancy.anderson@millernash.com
Attorneys for Defendants TrueBlue, Inc. Plan and TrueBlue, Inc.

STIPULATION OF DISMISSAL PURSUANT
TO FED.R.CIV.PRO. 41(a)(1)(A)(ii) - Page 2

No. 3:18-cv-5077-BHS

**LAW OFFICE OF MEL CRAWFORD**
9425 35th Ave NE, Suite C
Seattle, Washington 98115
Tel 206.694-1614 Fax 206.905-2342

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled Stipulation of Dismissal Pursuant To Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

<u>Attorneys for Defendants</u>:

Stacy Monahan Tucker
Stacy.Tucker@rmkb.com
Ropers Majeski Kohn & Bentley
800 5th Avenue Suite 4100
Seattle, WA 98104

Nancy W. Anderson
Alyson L. Palmer
nancy.anderson@millernash.com
alyson.palmer@millernash.com
Miller Nash Graham & Dunn LLP
2801 Alaskan Way, Suite 300
Seattle, WA 98121

DATED this 18th day of June 2018 at Seattle, Washington.

s/*Mel Crawford*
Mel Crawford

STIPULATION OF DISMISSAL PURSUANT
TO FED.R.CIV.PRO. 41(a)(1)(A)(ii) - Page 3

No. 3:18-cv-5077-BHS

**LAW OFFICE OF MEL CRAWFORD**
9425 35th Ave NE, Suite C
Seattle, Washington 98115
Tel 206.694-1614  Fax 206.905-2342